**INTAKE**

JUL 10 2019

**FILED**

JUL 10 2019

MAGISTRATE JUDGE
SHEILA M. FINNEGAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL FRONTIER | CASE NUMBER:<br><br>UNDER SEAL  19 CR 556<br><br>MAGISTRATE JUDGE FINNEGAN |

### GOVERNMENT'S MOTION TO SEAL
### COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the arrest warrant can be executed could alert the defendant and result in his flight and the destruction of evidence. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the time of arrest of defendant or further order of the Court, whichever occurs earlier.

DATE: July 10, 2019

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  /s/ Devlin N. Su
DEVLIN N. SU
ERIKA CSICSILA
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-0667