

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| USA, | |
| Plaintiff(s), | **19 CR 556** |
| v. | Case No. |
| Micheal Frontier, | Judge Sheila Finnegan |
| Defendant(s). | MAGISTRATE JUDGE FINNEGAN |

## ORDER

Arrest warrant issued to the United States Marshall and Any Authorized Officer as to defendant Michael Frontier. The Government's motion to seal the case, affidavit, and arrest warrant is granted.

Date: 7/10/2019

Sheila Finnegan
United States Magistrate Judge