UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 556 |
| v. | ) | |
| | ) | Honorable John Robert Blakey |
| MICHAEL FRONTIER | ) | |

## **JOINT STATUS REPORT**

The parties jointly submit the following status report:

The government has produced substantial discovery. Certain discovery requests by the defense are pending with the government, and defendant is continuing to reviewing discovery and continuing his investigation. The parties agree to continue the case for 60 days for a status hearing or the filing of another joint status report. There is no objection to the exclusion of time in the interests of justice until the next status hearing or the filing of another joint status report.

Dated: July 31, 2020         Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:   */s/ Devlin N. Su*
DEVLIN N. SU
ERIKA CSICSILA
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-0667

MICHAEL FRONTIER

By:   */s/ Francis C. Lipuma*
      Francis C. Lipuma
      Law Office of Francis C. Lipuma
      105 West Adams Street
      35th Floor
      Chicago, IL 60603